IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMARA SLIPCHENKO, on behalf of herself and all other persons similarly situated, § § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-11-1465 |
| § | |
| BRUNEL ENERGY, INC., *et al*., § § § | |
| Defendants. § | |

**ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

The plaintiffs' Motion for Preliminary Approval of Class Action Settlement, (Docket Entry No. 155), is granted, based on the motion, the memorandum in support, the agreement itself, the arguments of counsel, and the record. The following order is entitled:

1. The Proposed Settlement is preliminarily approved as fair, reasonable, and adequate to the Class Members under Rule 23 of the Federal Rules of Civil Procedure.

2. The Proposed Class Settlement Notice accurately informs all members of the Class of all material terms of the Proposed Settlement, constitutes the best notice practicable under the circumstances, constitutes valid, due and sufficient notice of all Class Members, and complies with Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution, and any other applicable law.

3. The Plan of Allocation providing for the distribution of the settlement fund to Class Members is preliminarily approved as being fair, reasonable, and adequate to the Settlement Class Members pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4. The following settlement procedures and timeline will be followed:

    a. On or before **October 10, 2014**, the Class Settlement Notice will be sent to Class Members;

    b. On or before **October 13, 2014**, Class Counsel will file a declaration confirming compliance with notice procedures;

    c. On or before **October 13, 2014**, Class Counsel will file their motion for attorneys' fees and costs and a motion for service awards for class representatives;

    d. Class Members will have until **December 12, 2014**, to review the terms of the Proposed Settlement and file any objections with the court. To the extent that any objections are provided to Class Counsel, Defendants or the Settlement Administrator, those objects must be promptly filed with the court after receipt;

    e. On or before **January 5, 2015**, Plaintiffs will file a motion for final approval of the Proposed Settlement;

    f. A fairness hearing on the Proposed Settlement is set for **January 20, 2015** at 8:30 a.m.

SIGNED on September 30, 2014, at Houston, Texas.

                                                              Lee H. Rosenthal
                                                   United States District Judge