# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| TAMARA SLIPCHENKO, DAVID "COWBOY" BOSWELL, AND VALORIE BARTON ON BEHALF OF THEMSELVES, INDIVIDUALLY, AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRUNEL ENERGY, INC. AND THE BRUNEL ENERGY GROUP HEALTH PLAN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.:  4-11-cv-01465<br><br>Judge Lee H. Rosenthal |

## <u>CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES</u>

Pursuant to Rule 23(h) and Rule 54 of the Federal Rule of Civil Procedure, Class Counsel, hereby moves this Court to approve the payment of $624,999.00 by Defendants Brunel Energy, Inc. and the Brunel Energy Group Health Plan to settle any claims for attorneys' fees and expenses.

This motion is based on accompanying Memorandum filed in support of this motion.

Dated: October 13, 2014                     Respectfully submitted,


                                            /s/ R. Joseph Barton
                                            R. Joseph Barton *admitted pro hac vice*
                                            Monya M. Bunch *admitted pro hac vice*
                                            Cohen Milstein Sellers & Toll PLLC
                                            1100 New York Ave. NW
                                            Suite 500, East Tower
                                            Washington, DC 20005
                                            Telephone:  (202) 408-4600
                                            Facsimile: (202) 408-4699
                                            jbarton@cohenmilstein.com
                                            mbunch@cohenmilstein.com

                                            Justin M. Campbell, III
                                            TH Waters III
                                            **Campbell, Harrison & Dagley, LLP**
                                            4000 Two Houston Center
                                            909 Fannin Street
                                            Houston, TX 77010
                                            (713) 752-2332 Telephone
                                            (713) 752-2330 Facsimile

                                            *Counsel for Plaintiffs & the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of October, 2014, he has caused to be filed with the Clerk of the Court for the United States District Court for the Southern District of Texas, Class Counsel's Motion for Approval of Attorney's Fees, via the Court's CM/ECF system.


　　　　　　/s/ R. Joseph Barton
　　　　　　R. Joseph Barton