# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TAMARA SLIPCHENKO, DAVID "COWBOY" BOSWELL, AND VALORIE BARTON ON BEHALF OF THEMSELVES, INDIVIDUALLY, AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUNEL ENERGY, INC. AND THE BRUNEL ENERGY GROUP HEALTH PLAN, <br><br> Defendants. | Case No.: 4-11-cv-01465 <br><br> Judge Lee H. Rosenthal |

## [PROPOSED] ORDER GRANTING CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES

This matter came before the Court on Class Counsel's Motion for Approval of Attorneys' Fees. After considering the Motion and the Memorandum in support, and the pertinent portions of the record, it is hereby **ORDERED and ADJUDGED:**

The payment of $624,999.00 to Class Counsel by Defendants to settle any claims for attorneys' fees and expenses is approved.

**IT IS SO ORDERED.**

**SIGNED this \_\_\_\_\_ day of _____, 2014.**

                                                        **Honorable Lee H. Rosenthal**
                                                        **United States District Court Judge**