### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| TAMARA SLIPCHENKO, DAVID "COWBOY" BOSWELL, and VALORIE BARTON on behalf of themselves, individually, and on behalf of all other persons similarly situated, )))))) | Case No.:  4-11-cv-01465 |
| Plaintiffs, )) | Judge Lee H. Rosenthal |
| vs. )) | |
| BRUNEL ENERGY, INC. and the BRUNEL ENERGY GROUP HEALTH PLAN, )))))) | |
| Defendants. )) | |

### PLAINTIFFS' MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Tamara Slipchenko, David "Cowboy" Boswell, and Valorie Barton, on behalf of themselves and the certified Class, by and through Class Counsel, hereby move this Court to:

(1)    finally approve the Proposed Settlement of the above-captioned action between Plaintiffs on behalf of the certified Class and Defendants Brunel Energy, Inc. and Brunel Energy Group Health Plan;

(2)    finally approve the Plan of Allocation proposed by Class Counsel for distribution of the settlement fund; and

(3)    finally approve the Division of Attorneys' Fees proposed by Class Counsel.

This motion is based on accompanying Memorandum filed in support thereof.

1954390.1

Dated: January 5, 2015

Respectfully submitted,

/s/ Monya M. Bunch

R. Joseph Barton *admitted pro hac vice*
Monya M. Bunch *admitted pro hac vice*
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, East Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile: (202) 408-4699
jbarton@cohenmilstein.com
mbunch@cohenmilstein.com

Justin M. Campbell, III
TH Waters III
**Campbell, Harrison & Dagley, LLP**
4000 Two Houston Center
909 Fannin Street
Houston, TX 77010
(713) 752-2332 Telephone
(713) 752-2330 Facsimile

*Counsel for Plaintiffs & the Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 5th day of January, 2015, she has caused to be filed with the Clerk of the Court for the United States District Court for the Southern District of Texas, Plaintiffs' Motion for Final Approval of Class Action Settlement, via the Court's CM/ECF system.


                    /s/ Monya M. Bunch
                    Monya M. Bunch

1954390.1