IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMARA SLIPCHENKO, on behalf of herself and all other persons similarly situated, § § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-11-1465 |
| § | |
| BRUNEL ENERGY, INC., *et al.*, § § | |
| Defendants. § | |

**ORDER**

In light of the court's Memorandum Opinion and Order Granting Final Approval entered January 23, 2015, the parties are directed to submit any additional orders appropriate to maintain the schedule for fully implementing the settlement agreement. The proposed orders are due by February 2, 2015.

SIGNED on January 23, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge