United States District Court
Southern District of Texas
**ENTERED**
February 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMARA SLIPCHENKO, DAVID "COWBOY" BOSWELL, and VALORIE BARTON on behalf of themselves, individually, and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUNEL ENERGY, INC. and the BRUNEL ENERGY CORP HEALTH PLAN, <br><br> Defendants. | Case No. 4-11-cv-01465 <br><br> Judge Lee H. Rosenthal |

## [PROPOSED] ORDER APPROVING DISPOSITION OF THE REMAINING FUNDS IN THE SETTLEMENT FUND

WHEREAS, on January 23, 2015, this Court entered an Order approving the terms of the Class Action Settlement Agreement dated September 30, 2014 (the "Settlement Agreement") reached by the Plaintiffs and the Defendants in this matter (the "Parties"), which requires that the costs of administrating the Class Settlement Fund ("Settlement Fund"), including the costs incurred by KCC Class Action Services, LLC (formerly known as Gilardi & Co.) (the "Settlement Administrator"), to be paid out of the Settlement Fund;

WHEREAS, a reserve was created per this Court's February 4, 2015 Order on Distribution and Final Judgement on Class Action Settlement ("February 4 Order") to pay taxes and tax-related filing expenses out of the Settlement Fund, and as part of the February 4 Order, the Parties were instructed to inform the Court if there is any balance remaining in the Settlement Fund after six months' time and to seek approval for disposition of the remaining funds;

WHEREAS, there is now a balance of $5,570.18 in the Settlement Fund because a 2016 tax refund requested by the Settlement Administrator was deposited into the Settlement Fund in March 2018;

2.   2633170 v1

WHEREAS, although it is more than six months after the February 4 Order, the Court retained continuing jurisdiction as to all matters relating to the Settlement Agreement, including the distribution of funds in the Settlement Fund;

WHEREAS, the Settlement Administrator is owed $1700 in reimbursement for the additional tax return that was filed;

WHEREAS, the Parties agree that the remaining funds in the Settlement Fund should be given as a *cy pres* award to the Pension Rights Center, a nonprofit consumer organization committed to protecting and promoting the retirement security of American workers, retirees, and their families;

It is hereby **ORDEDRED, ADJUDGED AND DECREED** that:

1. The Parties' request to pay the Settlement Administrator $1700 from the Settlement Fund is approved;

2. The Parties' request to give the remainder of the Settlement Fund to the Pension Rights Center is approved;

3. The Parties' request to allow the closure of the Settlement Fund after the remaining funds are distributed is granted.

**IT IS SO ORDERED.**

SIGNED this ___ day of _____, 2020.

Honorable Lee H. Rosenthal
United States District Court Judge

2.   2633170 v1